IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02201-RPM-BNB

TRUSTEES OF THE TEAMSTERS LOCAL UNION NO. 435 CONSTRUCTION DIVISION
HEALTH AND WELFARE TRUST FUND,

Plaintiff,

v.

DUFFY CRANE, INC., a Colorado corporation d/b/a Duffy Crane and Hauling, Inc.,

Defendant.

---

## MINUTE ORDER

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant's Motion to Amend Answer** [docket no. 14, filed April 1, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached First Amended Answer and Counterclaim for filing.

DATED:  April 2, 2009