IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02201-RPM-BNB

TRUSTEES OF THE TEAMSTERS LOCAL UNION NO. 435 CONSTRUCTION DIVISION HEALTH AND WELFARE TRUST FUND,

Plaintiff,

v.

DUFFY CRANE, INC., a Colorado corporation d/b/a Duffy Crane and Hauling, Inc.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' Unopposed Motion to Amend Scheduling Order** [docket no. 37, filed September 2, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

| | |
|---|---|
| Discovery Cut-off: | **December 8, 2009**; |
| Dispositive Motion Deadline: | **January 8, 2010**. |

IT IS FURTHER ORDERED that the Pretrial Conference set for January 6, 2010, is **vacated and reset to March 5, 2010, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **February 26, 2010**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: September 3, 2009