IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02201-RPM-BNB

TRUSTEES OF THE TEAMSTERS LOCAL UNION NO. 435 CONSTRUCTION DIVISION HEALTH AND WELFARE TRUST FUND,

Plaintiff,

v.

DUFFY CRANE, INC., a Colorado corporation d/b/a Duffy Crane and Hauling, Inc.,

Defendant.

_____

**ORDER**
_____

This matter arises on the **Plaintiffs' Motion to Dismiss Counterclaim** [Doc. # 21, filed 04/27/2009] (the "First Motion"). Subsequent to filing the First Motion, the defendant amended its answer and counterclaim. The plaintiffs have filed a second motion to dismiss directed to the amended counterclaim, and have withdrawn their first motion to dismiss the initial counterclaim. *Plaintiffs' Motion to Dismiss Second Counterclaim* [Doc. #28], p. 1.

IT IS ORDERED that Plaintiffs' Motion to Dismiss Counterclaim [Doc. # 21] is DENIED AS WITHDRAWN.

Dated February 10, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge