**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: March 11, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 08-cv-02201-RPM-BNB

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL UNION NO. 435, CONSTRUCTION DIVISION HEALTH AND WELFARE TRUST FUND, | Timothy J. Parsons Natalie R. Sullivan |
| Plaintiffs, | |
| v. | |
| DUFFY CRANE, INC., a Colorado corporation, d/b/a Duffy Crane and Hauling, Inc., | Robert Miller Susan M. Schaecher |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Objection to Magistrate's Recommendation**

**2:54 p.m.     Court in session.**

Court's preliminary remarks and states its understanding of the case.

Argument by Mr. Parsons.
Argument by Mr. Miller.
Mr. Parsons states no merger was consummated.
Continued argument by Mr. Miller
Further argument by Mr. Parsons.
Further argument by Mr. Miller.

Court's findings and conclusions as stated on record.

**ORDERED:** Plaintiff's Objection to [52] Magistrate Judge's Recommendation on Plaintiffs' Motion to Dismiss Second Counterclaim, filed February 24, 2010 [53], is granted.
Plaintiffs' Motion to Dismiss Second Counterclaim, filed June 30, 2009 [28], is granted.
Order of Reference to Magistrate Judge [10] is vacated and all hearings set by the magistrate judge.
Two day trial to Court set May 24, 2010.
Agreed proposed pretrial order due May 14, 2010.

**3:15 p.m.     Court in recess.**     Hearing concluded. Total time: 21 min.