**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-02201-RPM-BNB

TRUSTEES OF THE TEAMSTERS LOCAL UNION NO. 435
CONSTRUCTION DIVISION
HEALTH AND WELFARE TRUST FUND,

    Plaintiffs,

v.

DUFFY CRANE, INC., a Colorado corporation,
d/b/a Duffy Crane and Hauling, Inc.,

    Defendant.
_____

### ORDER SETTING TRIAL DATE
_____

    Pursuant to the hearing today, it is

    ORDERED that this matter is set for trial to court on **May 24, 2010, at 9:00 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. It is

    FURTHER ORDERED that counsel shall submit a proposed final pretrial order in paper form directly to chambers by **4:00 p.m. on May 14, 2010.**

    Dated: March 11th, 2010

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior District Judge