IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02201-RPM-BNB

TRUSTEES OF THE TEAMSTERS LOCAL UNION NO. 435
CONSTRUCTION DIVISION
HEALTH AND WELFARE TRUST FUND,

    Plaintiffs,

v.

DUFFY CRANE, INC., a Colorado corporation,
d/b/a Duffy Crane and Hauling, Inc.,

    Defendant.
_____

ORDER VACATING ORDER OF REFERENCE TO MAGISTRATE JUDGE
_____

    Pursuant to the hearing today, it is

    ORDERED that the order of reference to Magistrate Judge Boyd N. Boland entered on February 5, 2009, is vacated.

    Dated: March 11th, 2010

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge