# IN THE U.S. DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02201-RPM

TRUSTEES OF THE TEAMSTERS LOCAL UNION NO. 435
CONSTRUCTION DIVISION
HEALTH AND WELFARE TRUST FUND,

Plaintiffs,

v.

DUFFY CRANE, INC., a Colorado corporation,
d/b/a Duffy Crane and Hauling, Inc.

Defendant.

---

## ORDER FOR DISMISSAL
---

Pursuant to the parties' Stipulation of Dismissal [61] of this action with prejudice under Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs.

Dated this 20th day of May, 2010.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge